UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

EVA GEBAL,
        Plaintiff,

vs.                                Case No.

HOTEL EQUITIES GROUP, LLC,
d/b/a Holiday Inn Express Hotel & Suites
        Defendant.
_____/

## COMPLAINT

Plaintiff, EVA GEBAL sues Defendant, HOTEL EQUITIES GROUP, LLC, d/b/a Holiday Inn Express Hotel & Suites and states as follows:

## JURISDICTION

Jurisdiction in this Court is proper under 28 U.S.C. § 1331 as this action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

## VENUE

Venue is proper in this Court as the Defendant is a corporation conducting business within the Southern District.

## CONDITIONS PRECEDENT

All conditions precedent to this suit have been met. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC")

1

within 300 days of the discriminatory/retaliatory events which is attached as Exhibit A. Plaintiff received a Letter of Determination in which the EEOC found "this charge establishes reasonable cause to believe that Charging Party was subjected to sex-based hostile environment harassment and unequal terms and conditions of employment based on her sex, and in retaliation for engaging in protected activity during her employment, in violation of Title VII of the Civil Rights Act of 1964, as amended." The cause finding is attached as Exhibit B. Plaintiff received a Right to Sue from the Equal Employment Opportunity Commission dated September 14, 2021, which is attached as Exhibit C, and filed this suit within 90 days of receipt.

## PARTIES

1. Plaintiff, EVA GEBAL currently resides in Osceola County, Florida. During the events giving rise to this lawsuit, Plaintiff lived in St. Lucie County, Florida.

2. Defendant, HOTEL EQUITIES GROUP, LLC is a full-service hotel management company that provides management and consulting services for hotels nationwide. Plaintiff worked for Hotel Equities at the Holiday Inn Express and Suites located at 1601 NW Courtyard Circle, St. Lucie West in Port St. Lucie, Florida.

## FACTUAL ALLEGATIONS

3. On January 16, 2015, Plaintiff began her employment with Defendant as a part-time employee who transitioned to a full-time Hostess/Food Attendant until May 16, 2018, at which time she was terminated.

4. During her employment, Plaintiff was an excellent employee who received many positive customer reviews.

5. Plaintiff was also featured as an outstanding employee in a news article.

6. In the fourth quarter of 2015, Plaintiff was awarded Team Member of the Quarter by Hotel Equities.

7. In the first quarter of 2017, Plaintiff was awarded Team Member of the Quarter by Hotel Equities.

8. In 2017, Plaintiff was awarded Team Member of the year by Hotel Equities.

9. Approximately six-months prior to Plaintiff's termination, Defendant hired Rudo Yale as Chief Engineer.

10. Mr. Yale began harassing Plaintiff.

11. Mr. Yale belittled and verbally assaulted Plaintiff on a daily basis.

12. Mr. Yale also made advances by intentionally rubbing and brushing his body against her, which made her extremely uncomfortable.

13. Mr. Yale came into Plaintiff's work area more often than necessary to make derogatory comments about her.

14. Mr. Yale's conduct caused Plaintiff extreme stress and substantially interfered with her ability to do her work.

15. Plaintiff complained to the Housekeeping Supervisor who spoke to Mr. Yale and for a brief time, Mr. Yale stopped his harassing conduct. However, this was not sufficient as the conduct resumed.

16. When the harassment continued, Plaintiff complained to two different general managers of the hotel on numerous occasions, but management failed to take action to address Mr. Yale's harassing conduct.

17. Since Mr. Yale was aware of Plaintiff's complaints and he was not disciplined, his harassment continued and intensified.

18. Mr. Yale began engaging in verbal/emotional abuse and calling Plaintiff names.

19. He would obstruct and limit her movement, threaten her, and stalk her.

20. Plaintiff continued to complain to management, but nothing was done.

21. After many attempts to receive help from management, things escalated and on May 16, 2018, Plaintiff and Mr. Yale were involved in an incident. Out of fear for her safety and because hotel management did not take action to protect

4

her, Plaintiff called the police. Plaintiff was sent home for the day, while Mr. Yale was not.

22. Plaintiff protested because the following day she was scheduled to arrive at work early in the morning before 5:30 a.m. when the only other person there would be Mr. Yale.

23. Defendant fired Plaintiff for calling the police, indicating that it was bad for business and could cause loss of profit.

## COUNT I
## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Plaintiff incorporates the prior paragraphs as if fully stated herein.

24. Plaintiff was an employee of Defendant as defined by to 42 U.S.C. §2000e(f).

25. Defendant is an employer as defined by to 42 U.S.C. § 2000e(b).

26. Plaintiff was subjected to sex-based hostile environment harassment and unequal terms and conditions of employment based on her sex in violation of Title VII of the Civil Rights Act of 1964, as amended.

27. Plaintiff repeatedly complained to management, but no action was taken.

28. Defendant was aware of the conduct and failed to protect Plaintiff.

29. Defendant treated Plaintiff differently than her male co-worker based on her sex.

30. Plaintiff was also subjected to retaliation in the form of termination for engaging in protected activity during her employment, in violation of Title VII of the Civil Rights Act of 1964, as amended.

WHEREFORE, Plaintiff demands damages for lost wages/back pay, benefits, front pay, emotional distress damages, punitive damages, all other compensatory damages allowable under law, attorney's fees and costs, and any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Dated: December 6, 2021,            Respectfully submitted,

/s/Beth Coke
Beth Coke
Fla. Bar. #70726
Beth@cokeemploymentlaw.com
Coke Employment Law
131 N. 2nd Street, Suite 204
Fort Pierce, Fl. 34950
Telephone: (772) 252-4230
Facsimile: (772) 252-4575
Attorney for Plaintiff

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** EVA GEBAL

**DEFENDANTS** HOTEL EQUITIES GROUP, LLC, D/B/A Holiday Inn Express Hotel & Suites

**(b)** County of Residence of First Listed Plaintiff  Osceola County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  St. Lucie County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Coke Employment Law
Beth Coke

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☒ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☒ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☒ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed (See VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation Transfer  ☐ 7 Appeal to District Judge from Magistrate Judgment  ☐ 8 Multidistrict Litigation – Direct File  ☐ 9 Remanded from Appellate Court

**VI. RELATED/ RE-FILED CASE(S)**   (See instructions):  a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE: _____  DOCKET NUMBER: _____

**VII. CAUSE OF ACTION**  Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Violation of Title VII of the Civil Rights Act of 1964
LENGTH OF TRIAL via 2-3 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:   JURY DEMAND: ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE  December 6, 2021
SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   IFP   JUDGE   MAG JUDGE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EVA GEBAL | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| HOTEL EQUITIES GROUP, LLC | ) |
| D/B/A Holiday Inn Express | ) |
| Hotel & Suites | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hotel Equities Group, LLC
c/o Cogency Global, Inc.
115 N. Calhoun Street
Suite 4
Tallahassee, Fl. 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Coke Employment Law
c/o Beth Coke
131 N. 2nd Street, Suite 204
Fort Pierce, Fl. 34950
(772) 252-4230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                    [Reset]